Docusign Envelope ID: 99C29F47-8C6A-417B-9A52-7A832FF9FDAB

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

MICHAEL PIAZZA, on behalf of himself and all others similarly situated,

Plaintiff(s),

Case No. 4:25-cv-4173

vs.

GPAC, LLC, a South Dakota Limited Liability Company,

Defendant.
_______________________________________/

**CONSENT TO JOIN COLLECTIVE ACTION**
**AND BE REPRESENTED BY MORGAN AND MORGAN**

- I, Alyssa Bernard, consent to join the above-styled lawsuit seeking damages for unpaid wages under the FLSA;
- I am similarly situated to the named Plaintiff in this matter because I performed similar duties for the Defendant and was paid in the same regard as the named Plaintiff;
- I authorize the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigations, including negotiating a resolution of my claims;
- I agree to be represented by Morgan and Morgan, counsel for the named Plaintiff;
- In the event this action gets conditionally certified and then decertified, or for any reason does not proceed as a collective action, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant(s) if necessary.

Date: 10/31/2025 | 12:51 PM EDT

Signature: Alyssa Bernard